NO. 10-14-00030-CR

# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

| | |
|---|---|
| DARRYL DEWAYNE WILLIAMS | § FROM APPEAL NO. 10-14-00030-CR |
| Vs. | |
| THE STATE OF TEXAS | § TRIAL CAUSE NO. 2012-750-C1 |
| | § McLENNAN COUNTY, TEXAS |

## FIRST MOTION FOR EXTENTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Come, now, Darryl Dewayne Williams, Petitioner, and files this Motion for extention of ninety (90) days in which to file a Petition For Discretionary Review. In support of this Motion, Petitioner shows the court the following:

### I.

THE Petitioner was convicted in the 19th Judicial District Court of McLennan County, Texas of the offense of Delivery of a Controlled Substance To-Wit: Cocaine, In A Drug Free Zone, in case no. 2012-750-C1, styled STATE OF TEXAS vs. DARRYL DEWAYNE WILLIAMS. The Petitioner appealed to the Court of Appeals, In The Tenth District of McLennan County, Texas. The case was affirmed on July 23, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

Page 1

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

## II.

The present deadline for filing the Petition for Discretionary Review is August 22nd, 2015. The petitioner has not requested any extention prior to this request.

## III.

Petitioner's request for an extention is based upon the following facts:

Petitioner was not notified of the decision of the Court of Appeals in his case until August 24th, 2015. On the date of August 24th, 2015, petitioner received a letter by his attorney on appeal, Richard G. Ferguson, notifying petitioner that his judgment and conviction are affirmed by the Tenth District Court of Appeals of McLennan County, Texas. Petitioners Attorney on Appeal, Richard G. Ferguson, has also informed petitioner by letter that he do not intend to file a Petition For Discretionary Review. On the date of August 24, 2015, petitioner submitted an Inmate Request To Official Form to the mailroom/Mrs. Glenn, of the William P. Clements Unit of Texas Department of Criminal Justice in Potter County, Texas, requesting proof of the exact date that petitioner received a certified letter by attorney, Richard G. Ferguson. Petitioner has been trying to obtain legal counsel for this matter. Exhibit #1, is attached to this motion to show proof of the certified mail that was sent to petitioner by attorney, Richard G. Ferguson. Exhibit #2, is attached to this motion to show proof of when petitioner received certified mail of exact certified mail number as of letter of Exhibit #1.

Page #2

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition For Discretionary Review in case NO. 10-14-00030-CR, to November 25th, 2015.

Darryl Dewayne Williams
Darryl Dewayne Williams
Petitioner, Pro Se
T.D.C.J.-C.I.D. #01910015
Texas Department of Criminal Justice
William P. Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion For Extention OF Time To File A Petition For Discretionary Review, has been forwarded by U.S. Mail, Postage Pre-Paid, First Class, to the State Prosecutor, P.O. Box 13046 Austin, Texas 78711.
On this date of August 28, 2015

## Inmate Declaration

I, Darryl Dewayne Williams, T.O.C.J.-C.I.D #01910015, being presently incarcerated in the William P. Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas, verify and declare under penalty of perjury that the above and foregoing statements and exhibits are true and correct.
Executed this day August 27, 2015

Darryl Dewayne Williams
Darryl Dewayne Williams
Petitioner, Pro Se #01910015

*Exhibit #1*

# RICHARD G. FERGUSON
## ATTORNEY AND COUNSELOR AT LAW

One Liberty Place
100 N. 6th Street, Suite 701
Waco, Texas 76701

Telephone: 254-296-0622
Facsimile: 254-754-4824
Email: richardferguson@hot.rr.com

August 17, 2015

Darryl D. Williams
TDCJ # 01910015
William Clements Unit
9601 Spur 591
Amarillo, Texas 79107
Certified Mail # 7011 2000 0001 5788 4941

Re:   State of Texas v. Williams, 2012-750-C1, 10-14-30-CR

Mr. Williams,

Enclosed are copies of the Memorandum Opinion and a Judgment issued by the Tenth Court of Appeals. Unfortunately the Tenth Court has denied your appeal, and your judgment and conviction are affirmed.

Normally, within 30 days of the Judgment of the appellate court, the losing party may file a Petition for Discretionary Review with the Texas Court of Criminal Appeals in Austin, which is the court that reviews opinions of the fourteen intermediate appellate courts in Texas, including the Tenth Court. That means that we would ask the Court of Criminal Appeals to examine what the Tenth Court said and did and review that for any error of law. However, the review on a Petition is not a matter of right; rather, the Court of Criminal Appeals first decides whether or not it will even examine what happened in your case. A Petition will be granted only for special reasons, most of which are set out in Rule 66.3 of the Texas Rules of Appellate Procedure. They are:

(a) whether a court of appeals' decision conflicts with another court of appeals' decision on the same issue;

(b) whether a court of appeals has decided an important question of state or federal law that has not been, but should be, settled by the Court of Criminal Appeals;

(c) whether a court of appeals has decided an important question of state or federal law in a way that conflicts with the applicable decisions of the Court of Criminal Appeals or the Supreme Court of the United States;

(d) whether a court of appeals has declared a statute, rule, regulation, or ordinance unconstitutional, or appears to have misconstrued a statute, rule, regulation, or ordinance;

(e) whether the justices of a court of appeals have disagreed on a material question of



law necessary to the court's decision; and

(f) whether a court of appeals has so far departed from the accepted and usual course of judicial proceedings, or so far sanctioned such a departure by a lower court, as to call for an exercise of the Court of Criminal Appeals' power of supervision.

Under usual circumstances, there is only a *very remote* chance any Petition you filed would be granted, that is, that the Court of Criminal Appeals would decide to examine what happened in your case. Even then, that does not mean that you would ultimately win. It only means that the Court of Criminal Appeals will review any questions raised in your Petition about what happened in the Tenth Court. However, because of the reasons the Tenth Court has given to decide your case, I feel there is no realistic chance the Court of Criminal Appeals will hear your case. Therefore, I do not intend to file a Petition for Discretionary Review. You may, however, file a Petition yourself if you wish, under Rule 68 of the Texas Rules of Appellate Procedure. You must file the Petition with the Texas Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711. It must be filed in thirty days.

I am sorry there was nothing more to be done in your case. I did my best and all that I could, and I wish things had turned out differently.

Sincerely,

Richard G. Ferguson

August 27, 2015

Darryl Dewayne Williams
T.D.C.J.-C.I.D. #01910015
William P. Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

SEP 02 2015

Abel Acosta, Clerk

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE: Cause No. 10-14-00030-CR, Motion For Extention
of Time To File Petition For Discretionary Review

Dear Clerk,

    Enclosed you will find the original copy of
petitioners motion for extention of time to file
Petition For Discretionary Review. Please file and
bring to attention of the court at your earliest
convenience. Please file stamp a copy of this cover
letter and return it to the petitioner, at above
address.

    Any and all assistance given this matter
will be greatly appreciated.

Respectfully,
Darryl Dewayne Williams
Darryl Dewayne Williams
Petitioner, Prose #01910015

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Mrs. Glenn, I am respectfully requesting for you to PLEASE show proof of the exact date that I received a most recent letter by certified mail from attorney, Richard G. Ferguson - One Liberty Place - 100 North 6th Street, Ste. 701 - Waco, Texas 76701.

I need this document to show proof to the Court of Criminal Appeals in Austin, Texas, of when I was notified by the attorney, Richard G. Ferguson, of the Memorandum Opinion of No. 10-14-00030-CR, from the tenth court of appeals in Waco, Texas. Thank you!!

Name: *Darryl Dewayne Williams*    No: *#01710015*    Unit: *Clements Unit*
Living Quarters: *7H1 - 12 top*    Work Assignment: *1st Shift Kitchen / Counter Attendant*

**DISPOSITION:** (Inmate will not write in this space)

Mailroom received a certified letter (7011 2000 0001 5788 4941) for you on 8/21/15 (Fri.) and you picked it up on 8/24/15. It was from Richard Ferguson, City @ Law

glenn
8/25/15

☆I-60 (Rev. 11-90)

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: *Mailroom / Mrs. Glenn*                    DATE: *August 24, 2015*
(Name and title of official)

ADDRESS: *Clements Unit*